**William K. Hanagami, SBN 119832**
**THE HANAGAMI LAW FIRM**
**A PROFESSIONAL CORPORATION**
**5950 CANOGA AVENUE, SUITE 130**
**WOODLAND HILLS, CA 91367-5035**
**(818) 716-8570 / (818) 716-8569** *FAX*
**BillHanagami@esquire.la**

**Abram J. Zinberg, SBN 143399**
**THE ZINBERG LAW FIRM**
**A PROFESSIONAL CORPORATION**
**412 OLIVE AVENUE, SUITE 528**
**HUNTINGTON BEACH, CA 92648-5142**
**(714) 374-9802 / (714) 969-0910** *FAX*
**AbramZinberg@gmail.com**

Attorneys for Plaintiff and <u>Qui</u> <u>Tam</u> Relator,
Anita Silingo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANITA SILINGO,<br><br>           Plaintiffs,<br><br>vs.<br><br>MOBILE MEDICAL EXAMINATION SERVICES, INC., et al.,<br><br>           Defendants. | Case No.: SACV13-1348-FMO(SHx)<br><br>NOTICE OF DISMISSAL OF DEFENDANTS MOLINA HEALTHCARE SERVICES AND VISITING NURSE SERVICE OF NEW YORK AND CONSENT TO DISMISSAL BY THE UNITED STATES OF AMERICA |

Notice is hereby given on behalf of the plaintiff and relator Anita Silingo, by and through her attorneys of record, that the relator voluntarily dismisses defendants MOLINA HEALTHCARE SERVICES and VISITING NURSE SERVICE OF NEW YORK from the Third Amended Complaint pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure without prejudice.

/ / /

/ / /

Pursuant to 31 U.S.C. section 3730(b)(1), the United States of America consents to the dismissal of said defendants, without prejudice to the United States of America, as noted below by its authorized and undersigned representative.

THE ZINBERG LAW FIRM
A Professional Corporation

THE HANAGAMI LAW FIRM
A Professional Corporation

Dated: November 6, 2015          By: /s/ William K. Hanagami
                                 William K. Hanagami
                                 Attorneys for Plaintiff and Qui Tam Relator,
                                 Anita Silingo

In the interests of justice, the United States of America hereby consents to the voluntary dismissal of defendants MOLINA HEALTHCARE SERVICES and VISITING NURSE SERVICE OF NEW YORK from the Third Amended Complaint, without prejudice to the relator, and without prejudice to the United States of America.

EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
SUSAN R. HERSHMAN
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

Dated: November 6, 2015          /s/ Susan Hershman
                                 Susan R. Hershman
                                 Assistant United States Attorney
                                 Attorneys for the United States of America