**William K. Hanagami, SBN 119832**
**THE HANAGAMI LAW FIRM**
**A PROFESSIONAL CORPORATION**
**5950 CANOGA AVENUE, SUITE 130**
**WOODLAND HILLS, CA 91367-5035**
**(818) 716-8570 / (818) 716-8569** *FAX*
**BillHanagami@esquire.la**

**Abram J. Zinberg, SBN 143399**
**THE ZINBERG LAW FIRM**
**A PROFESSIONAL CORPORATION**
**412 OLIVE AVENUE, SUITE 528**
**HUNTINGTON BEACH, CA 92648-5142**
**(714) 374-9802 / (714) 969-0910** *FAX*
**AbramZinberg@gmail.com**

Attorneys for Plaintiff and Qui Tam Relator,
Anita Silingo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANITA SILINGO,<br><br>             Plaintiffs,<br><br>vs.<br><br>MOBILE MEDICAL EXAMINATION SERVICES, INC., et al.,<br><br>             Defendants. | Case No.: SACV13-1348-FMO(JCx)<br><br>NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANTS MOBILE MEDICAL EXAMINATION SERVICES, INC. AND MEDXM |

PLEASE TAKE NOTICE that plaintiff and relator Anita Silingo has settled her claims against defendants Mobile Medical Examination Services, Inc. and MedXM (collectively, "MEDXM"), subject to the approval of the United States Government.  Silingo has submitted her proposed Settlement Agreement to the Government, and upon the Government's approval thereof, will present it to defendants MEDXM.

                                        THE ZINBERG LAW FIRM, A.P.C.
                                        THE HANAGAMI LAW FIRM, A.P.C.

Dated: March 18, 2016           By: */s/ William K. Hanagami*
                                        William K. Hanagami
                                        Attorneys for Plaintiff and Qui Tam Relator,
                                        Anita Silingo

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2016, I electronically transmitted the attached document to the United States District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Abram J. Zinberg (AbramZinberg@gmail.com) | Attorney for Plaintiff and Relator, Anita Silingo |
| Paul S. Chan (psc@birdmarella.com)<br>Benjamin N. Gluck (bng@birdmarella.com)<br>Marc E. Masters (mem@birdmarella.com) | Attorneys for Defendants, MedXM, and Mobile Medical Examination Services, Inc. |
| Michael M. Maddigan (michael.maddigan@hoganlovells.com) | Attorneys for Defendants, Wellpoint, Inc., Anthem Blue Cross, Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California |
| Roger S. Goldman (roger.goldman@lw.com)<br>David J. Schindler (David.Schindler@lw.com) | Attorneys for Defendants, Health Net, Inc., Health Net Life Insurance Company, Health Net of California |
| R. David Jacobs (cemail@ebglaw.com)<br>Jacqueline Leahy Sugarman (cemail@ebglaw.com) | Attorneys for Defendants, Visiting Nurse Service Choice, Visiting Nurse Service of New York |
| Elizabeth M. Bock (ebock@omm.com)<br>David M. Deaton (ddeaton@omm.com)<br>David J. Leviss (dleviss@omm.com)<br>Amanda McLaurin Boote Santella (asantella@omm.com) | Attorneys for Defendants, Molina Healthcare, Inc., Molina Healthcare of California, Molina Healthcare of California Partner Plan, Inc., Molina Healthcare Services |
| Peter M. Roan (proan@crowell.com) | Attorneys for Defendant, Alameda Alliance for Health |

　　　　　　　　　　　　　　　　　　　　　*/s/William K. Hanagami*
　　　　　　　　　　　　　　　　　　　　　William K. Hanagami