**William K. Hanagami, SBN 119832**
**THE HANAGAMI LAW FIRM**
**A PROFESSIONAL CORPORATION**
**5950 CANOGA AVENUE, SUITE 130**
**WOODLAND HILLS, CA 91367-5035**
**(818) 716-8570 / (818) 716-8569** *FAX*
**BillHanagami@esquire.la**

**Abram J. Zinberg, SBN 143399**
**THE ZINBERG LAW FIRM**
**A PROFESSIONAL CORPORATION**
**412 OLIVE AVENUE, SUITE 528**
**HUNTINGTON BEACH, CA 92648-5142**
**(714) 374-9802 / (714) 969-0910** *FAX*
**AbramZinberg@gmail.com**

Attorneys for Plaintiff and Qui Tam Relator,
Anita Silingo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANITA SILINGO,<br><br>Plaintiffs,<br><br>vs.<br><br>MOBILE MEDICAL EXAMINATION SERVICES, INC., et al.,<br><br>Defendants. | Case No. SACV13-1348-FMO(JCx)<br><br>STIPULATION FOR ENTRY OF ORDER TO SET ASIDE DISMISSAL AND RE-OPEN ACTION AGAINST DEFENDANTS MOBILE MEDICAL EXAMINATION SERVICES, INC. AND MEDXM |

COME NOW, Plaintiff and Qui Tam Relator Anita Silingo (Silingo), and defendants Mobile Medical Examination Services, Inc. and MedXM, by and through their respective attorneys of record, and recite and stipulate as follows:

WHEREAS, on March 18, 2016 Silingo filed her Notice of Settlement of Claims Against Defendants Mobile Medical Examination Services, Inc. and MedXM (collectively, "Subject Defendants") (Dkt. 115) stating that such settlement is "subject to the approval of the United States Government;" and

WHEREAS, on March 18, 2016 the Court issued its Order (Dkt. 116) dismissing this action against the Subject Defendants "without costs and without prejudice to the right, upon

good cause shown, no later than April 28, 2016, to re-open the action as to the defendants if the settlement is not consummated;" and

WHEREAS, Silingo and the Subject Defendants have agreed upon the form of the Settlement Agreement, which requires the filing of a Stipulation for Dismissal of the claims against the Subject Defendants that is consented to by the United States Attorney General as required by 31 U.S.C. § 3730(b)(1); and

WHEREAS, counsel for Silingo recently spoke with Assistant United States Attorney Susan R. Hershman, who advised that she is in the process of preparing a memorandum concerning the Settlement Agreement and Stipulation for Dismissal for review by the Office of the United States Attorney for the Central District of California (USAO), but that the USAO's approval, if any, of such Settlement Agreement and Stipulation for Dismissal probably will not be obtained before May 31, 2016 at the earliest, due in part to the unavailability of one reviewer who is out of the country; and

WHEREAS, the terms of the Settlement Agreement and Stipulation for Dismissal provide that Silingo does not dismiss her claim for a relator's share to be paid by the United States Government pursuant to 31 U.S.C. § 3730(d)(2) and request that the Court retain jurisdiction to determine, if necessary, the relator's share that Silingo should obtain pursuant to 31 U.S.C. § 3730(d)(2); and

WHEREAS, the dismissal of the Subject Defendants pursuant to the March 18, 2016 Order (Dkt. 116) is required to be set aside so that pursuant to the Settlement Agreement and Stipulation for Dismissal (a) the Court may retain jurisdiction to determine, if necessary, the relator's share that Silingo should obtain pursuant to 31 U.S.C. § 3730(d)(2), and (b) Silingo's *qui tam* claims against the Subject Defendants may be properly dismissed with the consent of the Attorney General pursuant to 31 U.S.C. § 3730(b)(1).

/ / /

/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AND SUBJECT TO THE APPROVAL OF THE COURT THAT the dismissal of the Subject Defendants pursuant to the March 18, 2016 Order (Dkt. 116) be set aside, and the action be re-opened as to the Subject Defendants.

SO STIPULATED.

                                    THE ZINBERG LAW FIRM
                                    A Professional Corporation

                                  THE HANAGAMI LAW FIRM
                                  A Professional Corporation

Date: April 27, 2016              By:*/s/Willliam K. Hanagami*
                                             William K. Hanagami
                                             Attorneys for Plaintiff and Qui Tam Relator, Anita Silingo

                                    BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

Date: April 27, 2016              By:*/s/Marc E. Masters*
                                             Marc E. Masters
                                             Attorneys for Defendants, MedXM and Mobile Medical Examination Services, Inc.

<u>LOCAL RULE 5-4.3.4 ATTESTATION</u>

I attest and certify that all other signatories listed, and on whose behalf this filing is submitted, concur with the filing's content and have authorized the filing.

Dated: April 27, 2016              */s/William K. Hanagami*
                                        William K. Hanagami