**William K. Hanagami, SBN 119832**
**THE HANAGAMI LAW FIRM**
**A PROFESSIONAL CORPORATION**
**5950 CANOGA AVENUE, SUITE 130**
**WOODLAND HILLS, CA 91367-5035**
**(818) 716-8570 / (818) 716-8569** *FAX*
**BillHanagami@esquire.la**

**Abram J. Zinberg, SBN 143399**
**THE ZINBERG LAW FIRM**
**A PROFESSIONAL CORPORATION**
**412 OLIVE AVENUE, SUITE 528**
**HUNTINGTON BEACH, CA 92648-5142**
**(714) 374-9802 / (714) 969-0910** *FAX*
**AbramZinberg@gmail.com**

Attorneys for Plaintiff and Qui Tam Relator,
Anita Silingo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANITA SILINGO,<br><br>Plaintiffs,<br><br>vs.<br><br>MOBILE MEDICAL EXAMINATION SERVICES, INC., et al.,<br><br>Defendants. | Case No.: 8:13-CV-1348-FMO(JCx)<br><br>STIPULATION OF DISMISSAL OF DEFENDANTS MOBILE MEDICAL EXAMINATION SERVICES, INC. AND MEDXM, AND CONSENT OF THE UNITED STATES OF AMERICA TO THE DISMISSAL PURSUANT TO 31 U.S.C. § 3730(b)(1), AND [PROPOSED] ORDER THEREON |

    The above-captioned action ("this action") was brought against defendants Mobile Medical Examination Services, Inc. and MedXM, among others, (a) under the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3729, et seq., by Relator Anita Silingo (Relator), with respect to such *qui tam* claims as she has pled on behalf of the United States of America, and (b) for violations of 31 U.S.C. § 3730(h) and *California Labor Code* §§201, et seq. by plaintiff Anita Silingo in her individual capacity.

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1) of the federal False Claims Act, and in accordance with the terms of the Parties'

-1-

Settlement Agreement and Release in connection with this action (the "Settlement Agreement and Release"), the Parties hereby stipulate to the entry of an order dismissing all claims for relief in this action as to defendants Mobile Medical Examination Services, Inc. and MedXM, but not as to any other defendants, said dismissal being (a) with prejudice as to Relator, (b) with prejudice as to the United States of America (Government) to the extent the First Claim for Relief of the Third Amended Complaint is based on 400 MEDXM health assessments that were revised by or on behalf of Dr. Muhammad Awaisi during and between December 27, 2012 and February 5, 2013 and 100 MEDXM health assessments that were revised by or on behalf of Dr. Cynane Robinson during and between March 20, 2013 and April 25, 2013, and (c) without prejudice to the Government as to the remainder of the First Claim for Relief of the Third Amended Complaint.

*Except that* the Parties stipulate that the Relator does not dismiss her claim for a relator's share to be paid by the Government pursuant to 31 U.S.C. § 3730(d)(2). As to this claim, the Relator respectfully requests the Court retain jurisdiction to determine, if necessary, the relator's share that the Relator should obtain pursuant to 31 U.S.C. § 3730(d)(2).

The Parties further stipulate that any claim Relator or her counsel has for expenses, attorneys' fees, and costs shall not be the responsibility of defendants Mobile Medical Examination Services, Inc. and MedXM.

Respectfully submitted,

THE ZINBERG LAW FIRM, A.P.C.
THE HANAGAMI LAW FIRM, A.P.C.

Dated: June 14, 2016      By: /s/*William K. Hanagami*
                              William K. Hanagami
                              Attorneys for Plaintiff and *Qui Tam* Relator Anita Silingo

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LICENBERG & RHOW, P.C.

Dated: June 14, 2016      By: /s/*Paul S. Chan*
                              Paul S. Chan
                              Attorneys for Defendants Mobile Medical Examination Services, Inc. and MedXM

CONSENT OF THE UNITED STATES OF AMERICA TO DISMISSAL

Pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General of the United States of America, by and through the undersigned, consents to the foregoing dismissal. The reason for the consent of the Attorney General is that the dismissal is pursuant to a settlement that is fair, adequate and reasonable.

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

Dated: June 14, 2016          By: /s/ *John Lee*
                                  John Lee
                                  Assistant United States Attorney
                                  Attorneys for the United States of America

<u>LOCAL RULE 5-4.3.4 ATTESTATION</u>

I attest and certify that all other signatories listed, and on whose behalf this filing is submitted, concur with the filing's content and have authorized the filing.

Dated: June 14, 2016            <u>*/s/William K. Hanagami*</u>
                                William K. Hanagami