1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **CENTRAL DISTRICT OF CALIFORNIA**
10
11   UNITED STATES OF AMERICA <u>ex</u> <u>rel.</u>  )   Case No. SA CV 13-1348 FMO (JCx)
     ANITA SILINGO,                          )
12                                           )
                     Plaintiff,              )
13                                           )   **AMENDED JUDGMENT**
           v.                                )
14                                           )
     MOBILE MEDICAL EXAMINATION              )
15   SERVICES, INC., <u>et</u> <u>al.</u>            )
                                             )
16                   Defendants.             )
17   _____ )

18        Pursuant to:  (1) the Notice of Settlement of Relator's Share (Dkt. 130), (2) the Court's

19   Order of July 11, 2016 (Dkt. 128), and (3) the Court's Order of June 16, 2016 (Dkt. 123), IT IS

20   ADJUDGED that:

21        1.  As to defendants Mobile Medical Examination Services, Inc. and MedXM (collectively,

22   "MEDXM"), relator Anita Silingo ("relator") dismisses with prejudice all claims for relief in the Third

23   Amended Complaint ("TAC").  (<u>See</u> Dkt. 123, Court's Order of June 16, 2016).  Plaintiff the United

24   States of America ("government") dismisses with prejudice the first claim for relief of the TAC to

25   the extent it is based on 400 MEDXM health assessments that were revised by or on behalf of Dr.

26   Muhammad Awaisi during and between December 27, 2012 and February 5, 2013 and 100

27   MEDXM health assessments that were revised by or on behalf of Dr. Cynane Robinson during and

28   between March 20, 2013 and April 25, 2013.  (<u>See</u> <u>id.</u>).  In all other respects, the government

dismisses the remainder of the TAC without prejudice.

2.   As to defendants Molina Healthcare, Inc., Molina Healthcare of California, Molina Healthcare Services, Molina Healthcare of California Partner Plan, Health Net, Inc., Health Net of California, Inc., Health Net Life Insurance Company, Alameda Alliance for Health, Visiting Nurse Service of New York, VNSNY Choice (erroneously sued as Visiting Nurse Service Choice), WellPoint, Inc., Blue Cross of California (d/b/a and erroneously sued as Anthem Blue Cross), and Anthem Blue Cross Life and Health Insurance Company, all claims for relief in the TAC are dismissed with prejudice as to the relator and without prejudice as to the government. (See Dkt. 128, Court's Order of July 11, 2016).

3.  The relator's claim for a relator's share as to the government's recoveries from MEDXM in this action have been paid by the government, see 31 U.S.C. § 3730(d)(2), and is dismissed with prejudice.  (See Dkt. 130, Notice of Settlement of Relator's Share).

4.  Except as set forth in ¶ 3 of this Judgment, each party shall bear its or her own fees and costs.

Dated this 4th day of October, 2016.

/s/
_____
Fernando M. Olguin
United States District Judge
