HOGAN LOVELLS US LLP
Michael M. Maddigan (Bar No. 163450)
Jordan D. Teti (Bar No. 284714)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
michael.maddigan@hoganlovells.com
jordan.teti@hoganlovells.com

Attorneys for Defendants
ANTHEM, INC., BLUE CROSS OF CALIFORNIA D/B/A ANTHEM BLUE CROSS, AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANITA SILINGO,<br><br>Plaintiffs,<br><br>vs.<br><br>MOBILE MEDICAL EXAMINATION SERVICES, INC., a California corporation, et al.,<br><br>Defendants. | Case No.  SACV13-1348-FMO(JCx)<br><br>**JOINT STATUS REPORT RE: SETTLEMENT**<br><br>Honorable Fernando M. Olguin |

# PARTIES' JOINT STATUS REPORT

Plaintiff and Relator Anita Silingo ("Relator") and Defendants Anthem,[1] VNS CHOICE, Molina,[2] Health Net,[3] and Alameda Alliance for Health ("Alameda") (collectively, "Defendants") (together with Relator, the "Parties") submit this report in advance of the Telephonic Status Conference set by the Court for August 13, 2020 at 10:30 a.m. (Dkt. #233).  The Parties have provided this Joint Status Report to the Government through Assistant United States Attorney John E. Lee.

## I.     The Parties Have Agreed on a Comprehensive Settlement Agreement.

As previously reported in the November 8, 2019 Joint Status Report Re: Settlement and the November 27, 2019 Further Joint Status Report Re: Settlement, Relator has agreed to dismiss all of her claims against the Defendants pursuant to Relator's binding confidential term sheets with each Defendant.  Alameda reached its settlement with Relator on July 3, 2019, and all other Defendants reached settlements with Relator in November 2019 following a mediation with Honorable Gary A. Feess (Ret.).

Since November 2019, each Defendant has worked with the Relator to negotiate the terms and language of a written settlement agreement.  Subsequently, the Parties agreed to enter into a single Comprehensive Settlement Agreement

---

[1] Anthem, Inc., previously sued as Wellpoint, Inc., Blue Cross of California, dba Anthem Blue Cross, and Anthem Blue Cross Life and Health Insurance Company (collectively, "Anthem").

[2] Molina Healthcare, Inc., Molina Healthcare of California, Molina Healthcare of California Partner Plan, Inc., Molina Healthcare of Florida, Inc., Molina Healthcare of Michigan, Inc., Molina Healthcare of New Mexico, Inc., Molina Healthcare of Ohio, Inc., Molina Healthcare of Texas, Inc., Molina Healthcare of Utah, Inc., Molina Healthcare of Washington, Inc., Molina Healthcare of Wisconsin, Inc., and Molina Healthcare of Illinois, Inc. (collectively, "Molina").

[3] Health Net Inc. (now known as Health Net, LLC), Health Net of California, Inc., Health Net Life Insurance Company, Health Net Health Plan of Oregon, Inc., and Health Net of Arizona, Inc. dba Arizona Complete Health (collectively, "Health Net").

applicable to all Defendants.  Relator and each Defendant also have agreed on separate Confidential Exhibits or Riders that pertain to each Defendant's settlement with Relator, including the amount of any settlement payment.  The Parties also have been in communication with the U.S. Department of Justice (the "Government") to negotiate the terms of the dismissal arising out of the Parties' settlements.

**II.   The Comprehensive Settlement Agreement and Confidential Exhibits Have Been Submitted to the Government for Its Approval**

On July 8, 2020, the Parties sent to the Government the (1) Comprehensive Settlement Agreement; and (2) each Defendant's Confidential Exhibits or Riders for the Government's approval.  On July 21, 2020, the Government responded with proposed revisions to the Comprehensive Settlement Agreement.  On August 12, 2020, the Defendants returned minor edits to the Government, but the Parties now substantially agree on the form of the Comprehensive Settlement Agreement.  The Parties will attempt to assist the Government as needed in obtaining approval of the (1) Comprehensive Settlement Agreement and (2) each Defendant's Confidential Exhibits or Riders.

**III.   Request for Postponement of Status Conference**

In light of this report, the Parties respectfully request that the Court take the August 13, 2020 Status Conference (Dkt. #233) off calendar and set a further status conference in approximately 60 days.  As reported, the Parties are in the process of obtaining final approval of their settlement.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: August 12, 2020 | HOGAN LOVELLS US LLP |
| 2 | | |
| 3 | | By: /s/ Michael M. Maddigan |
| 4 | | Michael M. Maddigan<br>Jordan D. Teti |
| 5 | | ATTORNEYS FOR DEFENDANTS<br>ANTHEM, INC., BLUE CROSS OF<br>CALIFORNIA D/B/A ANTHEM BLUE |
| 6 | | CROSS, AND ANTHEM BLUE CROSS<br>LIFE AND HEALTH INSURANCE |
| 7 | | COMPANY |
| 8 | | |
| 9 | Dated: August 12, 2020 | LATHAM & WATKINS LLP |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ David J. Schindler<br>David J. Schindler |
| 13 | | Anne W. Robinson<br>Joseph De Leon |
| 14 | | ATTORNEYS FOR DEFENDANTS<br>HEALTH NET, INC. (now known as |
| 15 | | HEALTH NET, LLC), HEALTH NET OF<br>CALIFORNIA, INC., HEALTH NET LIFE |
| 16 | | INSURANCE COMPANY, HEALTH NET<br>HEALTH PLAN OF OREGON, INC., AND |
| 17 | | HEALTH NET OF ARIZONA, INC. DBA<br>ARIZONA COMPLETE HEALTH |
| 18 | | |
| 19 | Dated: August 12, 2020 | O'MELVENY & MYERS LLP |
| 20 | | |
| 21 | | |
| 22 | | By: /s/ Scott Voelz<br>Scott Voelz |
| 23 | | Elizabeth Bock<br>ATTORNEYS FOR DEFENDANTS |
| 24 | | MOLINA HEALTHCARE, INC., MOLINA<br>HEALTHCARE OF CALIFORNIA, |
| 25 | | MOLINA HEALTHCARE OF<br>CALIFORNIA PARTNER PLAN, |
| 26 | | MOLINA HEALTHCARE OF FLORIDA,<br>INC., MOLINA HEALTHCARE OF |
| 27 | | MICHIGAN, INC., MOLINA<br>HEALTHCARE OF NEW MEXICO, INC., |
| 28 | | MOLINA HEALTHCARE OF OHIO, INC.,<br>MOLINA HEALTHCARE OF TEXAS,<br>INC., MOLINA HEALTHCARE OF |

UTAH, INC., MOLINA HEALTHCARE OF WASHINGTON, INC., MOLINA HEALTHCARE OF WISCONSIN, INC., AND MOLINA HEALTHCARE OF ILLINOIS, INC.

Dated: August 12, 2020          EPSTEIN BECKER & GREEN, P.C.


By: /s/ David Jacobs
David Jacobs
ATTORNEYS FOR DEFENDANT
VNS CHOICE


Dated: August 12, 2020          HANAGAMI LAW, A.P.C.


By: /s/ William K. Hanagami
William K. Hanagami
ATTORNEYS FOR PLAINTIFF AND RELATOR, ANITA SILINGO


Dated: August 12, 2020          THE ZINBERG LAW FIRM, A.P.C.


By: /s/ Abram J. Zinberg
Abram J. Zinberg
ATTORNEYS FOR PLAINTIFF AND RELATOR, ANITA SILINGO

## LOCAL RULE 5-4.3.4 ATTESTATION

I attest and certify that all other signatories listed, and on whose behalf this filing is submitted, concur with the filing's content and have authorized the filing.

Dated: August 12, 2020       /s/ Jordan D. Teti
                             Jordan D. Teti