**William K. Hanagami, SBN 119832**
**HANAGAMI LAW**
**A PROFESSIONAL CORPORATION**
**913 TAHOE BOULEVARD, SUITE 5**
**INCLINE VILLAGE, NV 89451-7414**
**(833) 716-8570 / (833) 716-8569** *FAX*
**Bill@Hanagami.com**

**Abram J. Zinberg, SBN 143399**
**THE ZINBERG LAW FIRM**
**A PROFESSIONAL CORPORATION**
**412 OLIVE AVENUE, SUITE 528**
**HUNTINGTON BEACH, CA 92648-5142**
**(714) 374-9802 / (714) 969-0910** *FAX*
**AbramJ@Zinberglaw.com**

Attorneys for Plaintiff and Qui Tam Relator,
Anita Silingo

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANITA SILINGO,<br><br>Plaintiffs,<br><br>vs.<br><br>MOBILE MEDICAL EXAMINATION SERVICES, INC., et al.,<br><br>Defendants. | Case No.:  8:13-CV-1348-FMO(JCx)<br><br>STIPULATION OF DISMISSAL OF DEFENDANTS, AND CONSENT OF THE UNITED STATES OF AMERICA TO THE DISMISSAL PURSUANT TO 31 U.S.C. § 3730(b)(1), AND [PROPOSED] ORDER THEREON |

The above-captioned action ("this action") was brought against defendants Anthem, Inc., previously sued as Wellpoint, Inc., Blue Cross of California, dba Anthem Blue Cross, and Anthem Blue Cross Life and Health Insurance Company (collectively, "Anthem"); (ii) VNS CHOICE; (iii) Molina Healthcare, Inc., Molina Healthcare of California, Molina Healthcare of California Partner Plan, Inc., Molina Healthcare of Florida, Inc., Molina Healthcare of Michigan, Inc., Molina Healthcare of New Mexico, Inc., Molina Healthcare of Ohio, Inc., Molina Healthcare of Texas,

-1-

Inc., Molina Healthcare of Utah, Inc., Molina Healthcare of Washington, Inc., Molina Healthcare of Wisconsin, Inc., and Molina Healthcare of Illinois, Inc. (collectively, "Molina"); (iv) Health Net Inc. (now known as Health Net, LLC), Health Net of California, Inc., Health Net Life Insurance Company, Health Net Health Plan of Oregon, Inc., and Health Net of Arizona, Inc. dba Arizona Complete Health (collectively, "Health Net"); and (v) Alameda Alliance for Health ("Alameda") (together, Defendants (b)(i)-(v) are collectively referred to herein as the "Defendants"), under the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3729, et seq., by Relator Anita Silingo (Relator), with respect to such *qui tam* claims as she has pled on behalf of the United States of America.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1) of the federal False Claims Act, the Parties hereby stipulate to the entry of an order dismissing all claims for relief in this action as to the Defendants, said dismissal being (a) with prejudice as to Relator, (b) with prejudice as to the United States of America ("Government") only with respect to claims against Defendants for violations of the False Claims Act, 31 U.S.C. §§ 3729-3733, based on the alleged conduct by Defendants with MedXM stated in Paragraph 77 of Relator's Fourth Amended Complaint (Dkt. 188) between January 1, 2010 and December 31, 2014; and (c) without prejudice as to the Government as to all else in the Fourth Amended Complaint (Dkt. 188).

*Except that* the Parties stipulate that the Relator does not dismiss her claim for a relator's share to be paid by the Government pursuant to 31 U.S.C. § 3730(d)(2). As to this claim, the Relator respectfully requests the Court retain jurisdiction to determine, if necessary, the relator's share that the Relator should obtain pursuant to 31 U.S.C. § 3730(d)(2).

Respectfully submitted,

THE ZINBERG LAW FIRM, A.P.C.
HANAGAMI LAW, A.P.C.

Dated:  December 7, 2020        By:  */s/William K. Hanagami*
                                     William K. Hanagami
                                     Attorneys for Anita Silingo

-2-

|     |                              |     |                                                             |
| --- | ---------------------------- | --- | ----------------------------------------------------------- |
|     |                              |     | HOGAN LOVELLS US LLP                                        |
| Dated: December 7, 2020     |     | By: | */s/Michael M. Maddigan*<br>Michael M. Maddigan<br>Attorneys for Anthem |
|     |                              |     | EPSTEIN BECKER & GREEN, P.C.                                |
| Dated: December 7, 2020     |     | By: | */s/David Jacobs*<br>David Jacobs<br>Attorneys for VNS CHOICE |
|     |                              |     | O'MELVENY & MYERS LLP                                       |
| Dated: December 7, 2020     |     | By: | */s/Elizabeth M. Bock*<br>Elizabeth M. Bock<br>Attorneys for Molina |
|     |                              |     | LATHAM & WATKINS LLP                                        |
| Dated: December 7, 2020     |     | By: | */s/Joseph DeLeon*<br>Joseph DeLeon<br>Attorneys for Health Net |
|     |                              |     | DSR HEALTH LAW                                              |
| Dated: December 7, 2020     |     | By: | */s/Anthony R. Eaton*<br>Anthony R. Eaton<br>Attorneys for Alameda |

## LOCAL RULE 5-4.3.4 ATTESTATION

I attest and certify that all other signatories listed, and on whose behalf this filing is submitted, concur with the filing's content and have authorized the filing.

Dated: December 8, 2020            */s/William K. Hanagami*
                                   William K. Hanagami

CONSENT OF THE UNITED STATES OF AMERICA TO DISMISSAL

Pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General of the United States of America, by and through the undersigned, consents to the foregoing dismissal. The reason for the consent of the Attorney General is that the dismissal is pursuant to a settlement that is fair, adequate and reasonable.

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
Abraham C. Meltzer
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

Dated: December 8, 2020      By:   */s/John E. Lee*
                                   John E. Lee
                                   Assistant United States Attorney
                                   Attorneys for the United States of America

ORDER

IT IS SO ORDERED.

Dated: _____        _____
                                  United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2020, I electronically transmitted the attached document to the United States District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Abram J. Zinberg (AbramJ@Zinberglaw.com) | Attorney for Plaintiff and Relator, Anita Silingo |
| Michael M. Maddigan (michael.maddigan@hoganlovells.com)<br>Jordan Teti (jordan.teti@hoganlovells.com)<br>Poopak Nourafchan (Poopak.nourafchan@hoganlovells.com) | Attorneys for Defendants, Wellpoint, Inc., Anthem Blue Cross, Anthem Blue Cross Life and Health Insurance Company, Blue Cross of California |
| David J. Schindler (David.Schindler@lw.com)<br>Anne Robinson (anne.robinson@lw.com)<br>Joseph DeLeon (joseph.deleon@lw.com) | Attorneys for Defendants, Health Net, Inc., Health Net Life Insurance Company, Health Net of California |
| R. David Jacobs (cemail@ebglaw.com)<br>Jonah Retzinger (jretzinger@ebglaw.com) | Attorneys for Defendants, Visiting Nurse Service Choice, Visiting Nurse Service of New York |
| Elizabeth M. Bock (ebock@omm.com)<br>David M. Deaton (ddeaton@omm.com)<br>David J. Leviss (dleviss@omm.com)<br>Amanda McLaurin Boote Santella (asantella@omm.com)<br>Sabrina H. Strong (sstrong@omm.com)<br>Scott M. Voelz (svoelz@omm.com) | Attorneys for Defendants, Molina Healthcare, Inc., Molina Healthcare of California, Molina Healthcare of California Partner Plan, Inc., Molina Healthcare Services |
| Anthony Eaton (aeaton@dsrhealthlaw.com)<br>Michael J. Daponde (mdaponde@dsrhealthlaw.com) | Attorneys for Defendant, Alameda Alliance for Health |
| John E. Lee (john.lee2@usdoj.gov) | Attorneys for Plaintiff, United States of America |

                                                                        */s/William K. Hanagami*
                                                                        William K. Hanagami