# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANITA SILINGO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOBILE MEDICAL EXAMINATION SERVICES, INC., et al.<br><br>　　　　　　　Defendants. | Case No. SA CV 13-1348 FMO (SHx)<br><br>**ORDER DISMISSING ACTION** |

　　　　Pursuant to the Stipulation of Dismissal of Defendants, and Consent of the United States of America to Dismissal (Dkt. 238), which seeks dismissal of the action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1) of the False Claims Act, IT IS ORDERED that all claims for relief in this action against defendants are dismissed.  The claims are dismissed: (1) with prejudice as to Relator; (2) with prejudice as to the United States of America ("Government") only with respect to claims against defendants for violations of the False Claims Act, 31 U.S.C. §§ 3729-3733, based on the alleged conduct by defendants with MedXM stated in paragraph 77 of the Fourth Amended Complaint (Dkt. 188) between January 1, 2010 and December 31, 2014; and (3) without prejudice as to the Government as to all else in the Fourth Amended Complaint.

The court will not retain jurisdiction to enforce any provision of the settlement. <u>See</u> <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994). However, the court will retain jurisdiction to determine, if necessary, any proceedings pursuant to 31 U.S.C. § 3730(d)(2).

Dated this 18th day of December, 2020.

                                                /s/
                                     Fernando M. Olguin
                                 United States District Judge