JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANITA SILINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>MOBILE MEDICAL EXAMINATION SERVICES, INC., et al.<br><br>    Defendants. | Case No. SA CV 13-1348 FMO (SHx)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, IT IS ADJUDGED that all claims for relief in this action against defendants are dismissed.  The claims are dismissed: (1) with prejudice as to Relator; (2) with prejudice as to the United States of America ("Government") only with respect to claims against defendants for violations of the False Claims Act, 31 U.S.C. §§ 3729-3733, based on the alleged conduct by defendants with MedXM stated in paragraph 77 of the Fourth Amended Complaint (Dkt. 188) between January 1, 2010 and December 31, 2014; and (3) without prejudice as to the Government as to all else in the Fourth Amended Complaint.

Dated this 18th day of December, 2020.

                                                    /s/
                                       Fernando M. Olguin
                                    United States District Judge